# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

**WILLIAM A. HARDY**

CRIMINAL COMPLAINT

MAGISTRATE JUDGE SCHENKIER

CASE NUMBER:

# 08CR 454

I, Kevin M. Pietruszka, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 6, 2008__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant WILLIAM HARDY did

by force and violence, or intimidation, take from the person and the presence of bank employees, approximately $5,000 in United States Currency belonging to or in the care, custody, control, management, and possession, of the Fifth Third Bank, 42 East Ontario Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __Officer with the Chicago Police Department__ and that this complaint is
                                                                         Official Title
based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes    ___No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 3, 2008__                    at    __Chicago, Illinois__
Date                                          City and State

_____
Sidney I. Schenkier, U.S. Magistrate Judge             Signature of Judicial Officer
Name & Title of Judicial Officer

FILED

JUN 0 4 2008  TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

I, Kevin M. Pietruszka, being duly sworn depose and state as follows:

### Introduction

1. I am a Detective with the Chicago Police Department ("CPD"), and have been so employed for approximately 14 years. I am assigned to the Federal Bureau of Investigation's ("FBI") Chicago Field Office, Violent Crimes Task Force ("Task Force"), and have been on the Task Force for approximately one and one half years. My duties on the Task Force include the investigation of various violent crimes, including bank robberies in violation of 18 U.S.C. § 2113(a). I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read related to this investigation, bank surveillance photographs, conversations I have had with other law enforcement officials who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of establishing probable cause that on or about March 6, 2008, WILLIAM HARDY, did, by force and violence or by intimidation, take from the person and presence of bank employees, approximately $5,000.00 in United States Currency, belonging to or in the care, custody, control, management, and possession of the Fifth

1

Third Bank branch office located at 42 East Ontario Street, Chicago, Illinois ("the Bank"), the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a). Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of which I am aware related to this investigation.

### March 6, 2008 Robbery of the Fifth Third Bank

3. On March 6, 2008, at approximately 5:57 p.m., The Bank was robbed by an individual described by bank employees and depicted on bank surveillance video as a black male in his early to mid 50's, approximately 5'8", approximately 165 lbs, of thin build, and wearing a black colored jacket with a hood, black colored sunglasses, and black colored jeans.

4. According to Bank Teller A ("Teller A"), the aforementioned robber entered the Bank and approached her as she was working behind the teller counter. The robber began yelling something at Teller A, but Teller A could not understand what the robber was saying. The robber pointed a handgun at Teller A. The robber then pointed the handgun at a second bank teller ("Teller B"), who was standing near the robber, in front of the teller counter. The robber said loudly, "Hurry up and give me the money, or I will shoot her (referring to Teller B)." The robber then said that he would shoot "all" of them.

5. Teller A explained to the robber that Teller A did not have a teller drawer and that Teller A would have to take the money out of the Bank's money dispensing machine. As Teller A entered the amount of $5,000.00 into the bank's money dispensing machine, the robber yelled at Teller A, "Hurry up, I'm not playing."

6.  According to Teller A, she removed the cash from the bank's money dispensing machine and placed it on the teller counter. The robber took the cash and then turned to a third bank teller ("Teller C") and said to Teller A, "Give me all of his hundreds" (referring to the hundred dollar bills in Teller C's drawer). Teller A told the robber that Teller C did not have any cash in Teller C's drawer, because the bank had been preparing to close for the evening. The robber responded by ordering all the Bank employees to get on the ground and advised that his "partner" was coming into the Bank. The Bank employees complied with the robber's demands and the robber departed the bank. A subsequent bank audit determined that the robber left with approximately $5,000.00 in United States currency, which had belonged to or was in the care, custody, control, management, or possession of the Bank.

7.  The Bank possesses a video surveillance system which captured the robbery. I have reviewed still photographs from the Bank's video surveillance system, which show that the robber was wearing a black colored hooded jacket and black colored sunglasses. In addition, the bank robber's face is visible in the surveillance photographs. From these photographs, I could see the robber was an older black male, with a thin build and a gray colored goatee.

8.  After the robbery, Task Force member obtained photographs from the bank's video surveillance system and conducted a canvass of the area. The canvass yielded two witnesses employed by a hotel located across the street from the bank. A Task Force member asked the two hotel employees ("Hotel Employee A" and "Hotel Employee B") if they had observed anyone suspicious in the area, before or after the bank robbery. Hotel Employee A said that prior to the bank robbery, at approximately 4:30 p.m., Hotel Employee A saw a black male pacing back and

forth and circling the block of the hotel. After observing him a number of times, Hotel Employee A notified hotel security.

9. According to Hotel Employee B, he responded and confronted the male when he was in front of an adjacent business. Hotel Employee B asked him why he had been pacing in front of the hotel. The male responded that he was waiting for a ride. Hotel Employee B then returned to the hotel. During the interview, Hotel Employee A and Hotel Employee B were shown a surveillance system photograph of the individual that had robbed the Bank. After viewing the surveillance photograph, Hotel Employee A and Hotel Employee B both confirmed that the individual in the photograph was the same individual that they had seen outside the hotel.

### Identification of WILLIAM HARDY as the Bank Robber

10. In an effort to identify the perpetrator, the Task Force took bank surveillance photographs from various robberies BUT NOT THE MARCH ONE in which the robber appeared to match the one depicted in the March 6, 2008 robbery of the Bank, and distributed them to local television news stations.

11. On May 23, 2008, after the photographs aired, an individual ("Individual A") called the Chicago FBI office. In follow up conversations, I learned that Individual A had seen the photographs of the bank robber on the news. Individual A identified the bank robber as WILLIAM HARDY. Based on this information, the Task Force pulled a CPD arrest photograph of HARDY from May of 2006. The arrest report showed HARDY is a 57 year old black male who is 5 feet, 9 inches tall and weighed then 171 pounds. I have compared the 2006 arrest photograph of HARDY with the surveillance photograph from the bank robbery on March 6, 2008, and I believe they appear to be the same person.

4

12. Based on Individual A's identification of HARDY and my comparison of HARDY's arrest photograph with bank surveillance photographs, a six person photographic line-up, with HARDY in position number three, was assembled.

13. On May 28, 2008, I presented the line-up to Teller A. After reviewing the photographic line-up, Teller A immediately said that the individual depicted in position number three (HARDY) was the individual that had robbed the Bank on March 6, 2008.

14. On May 30, 2008, I presented the line-up to Hotel Employee B. After reviewing the photographic line-up, Hotel Employee B immediately said that the individual depicted in position number three (HARDY) was the individual that Hotel Employee B had confronted on March 6, 2008.

15. On May 31, 2008, I presented the line-up to Hotel Employee A. After reviewing the photographic line-up, Hotel Employee A immediately said that the individual depicted in position number three (HARDY) was the individual that Hotel Employee A had observed on March 6, 2008.

16. The Task Force has obtained the Bank's FDIC number, which confirms that on March 6, 2008, the deposits of Fifth Third Bank were insured by the FDIC.

## CONCLUSION

17. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that WILLIAM HARDY did, by force and violence, or by intimidation, take approximately $5,000.00 in United States Currency belonging to, or in the care, custody, control, management, or possession of the Fifth Third Bank branch office located at 42 East Ontario Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

FURTHER, AFFIANT SAYETH NOT.

Officer Kevin M. Pietruszka
Chicago Police Department

Sworn to before me and subscribed in my presence this 3rd day of June, 2008

Sidney I. Schenkier
United States Magistrate Judge