UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 454** |
| | ) | |
| v. | ) | |
| | ) | Sidney I. Schenkier |
| WILLIAM A. HARDY | ) | |
| | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, as well as the Motion to Seal and this Order, all dated June 3rd, 2008, are hereby SEALED until and including August 31, 2008, or until the execution of the Arrest Warrant, whichever comes first.

**FILED**

JUN 0 4 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: June 3, 2008