## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 454 - 1 | **DATE** | 6/5/2008 |
| **CASE TITLE** | United States of America vs. William Hardy | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on on 6/5/08. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Keri Ambrosio as counsel for the defendant. Enter order appointing Keri Ambrosio as counsel for defendant. Detention hearing and preliminary examination hearing are set for 6/17/08 at 10:00 a.m. The government's oral motion to unseal the case is granted.

■ [ For further detail see separate order(s).]          Docketing to mail notices.

00:

| | Courtroom Deputy Initials: | mm |
|---|---|---|