U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:
USA v. Hardy    08-454

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William Hardy

FILED
6-5-08
JUN 05 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) Keri Ann Ambrosio | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Keri A. Ambrosio | |
| FIRM Law Offices of Keri A. Ambrosio | |
| STREET ADDRESS 53 W. Jackson Blvd., Ste. 1220 | |
| CITY/STATE/ZIP Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6273725 | TELEPHONE NUMBER (312) 788-1598 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓