CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | USA v.s. Hardy  FOR  AT | |

PERSON REPRESENTED (Show your full name)
William Hardy

| | DOCKET NUMBERS |
|---|---|
| 1 ☑ Defendant—Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | 08 CR 454 |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony   ☐ Misdemeanor

FILED JUN 0 5 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
RECEIVED                         SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE                  DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | None | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶  William Hardy

FILED JUN 0 5 08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT