## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 454 - 1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | United States of America vs. William Hardy | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives objection to detention. Government's oral motion for detention is granted without prejudice. Preliminary examination hearing set for 6/23/08 at 2:00 p.m.

Docketing to mail notices.

00:20

| | |
|---|---|
| Courtroom Deputy Initials: | mm |