## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 454 - 1 | **DATE** | 6/23/2008 |
| **CASE TITLE** | United States of America vs. William A. Hardy | | |

DOCKET ENTRY TEXT

Case called for preliminary examination hearing. Defendant waives preliminary examination hearing. The Court enters a finding of probable cause. The defendant is ordered bound to the district court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 24 PM 3:50
FILED-ED