**FILED**

AUG - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KENDALL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 454 |
| v. ) | |
| ) | Violation: Title 18, United States |
| WILLIAM A. HARDY ) | Code, Section 2113(a) |
| ) | |

**MAGISTRATE JUDGE SCHENKIER**

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 6, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM A. HARDY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employees money belonging to and in the care, custody, control, management, and possession of the Chase Bank, located at 120 S. LaSalle St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about March 6, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### WILLIAM A. HARDY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the Fifth Third Bank, located at 42 E. Ontario, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT THREE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about April 23, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### WILLIAM A. HARDY

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the TCF Bank, located at 635 N. Dearborn, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY