Minute Order Form (06/97)

# MAGISTRATE JUDGE SCHENKIER
United States District Court, Northern District of Illinois

08 GJ 696

| Name of Assigned Judge or Magistrate Judge | **JUDGE KENDALL** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0454 | DATE | AUGUST 5, 2008 |
| CASE TITLE | US v. WILLIAM A. HARDY | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

FILED
AUG X 5 2008
8-5-08
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**DOCKET ENTRY:**

**NO BOND SET, DETAINED BY MAGISTRATE.**

SIGNATURE OF JUDGE       (ONLY IF FILED
OR MAGISTRATE JUDGE       UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #