MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 454 - 1 | **DATE** | 8/11/2008 |
| **CASE TITLE** | United States of America vs. William Hardy | | |

**DOCKET ENTRY TEXT**

Arraignment set for 8/11/08 is stricken.

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK

2008 AUG 13  PM 2: 52

FILED

| | Courtroom Deputy Initials: | mm |
|---|---|---|

08CR454 - 1 United States of America vs. William Hardy

Page 1 of 1