# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 454 | **DATE** | August 28, 2008 |
| **CASE TITLE** | USA vs. WILLIAM A. HARDY | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by September 5, 2008. Pretrial motions and supporting memoranda are to be filed by September 16, 2008. Responses are to be filed by September 26, 2008. Replies are due October 3, 2008. Status hearing is set for September 11, 2008 at 1:30 pm. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant not objecting , enter excludable delay for the period of 8/28/2008 through 9/11/2008 pursuant to 18 U.S.C. §3161(h)(1). X-E and §3161(h)(8)(B)(iv). X-T-4

No notices required, advised in open court.

:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|